

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00205-CR

**CHRISTOPHER JASON HALL,**

                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                            **Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. 06-11-14071 BCCR

## O R D E R

Appellant was convicted of the felony offense of theft and sentenced to ten years in prison. The sentence was suspended and appellant was placed on community supervision for ten years. In 2014, the trial court revoked appellant's community supervision and sentenced appellant to ten years in prison.

Appellant's initial court appointed attorney filed a motion to withdraw supported by an *Anders* brief. Subsequently, the Court was notified that the court appointed attorney was hired as an assistant district attorney for 220th Judicial District

Attorney's Office in Bosque County.   The trial court removed appointed counsel and appointed new counsel for appellant.  New counsel rejected previous counsel's *Anders* brief and filed an amended brief raising one issue on appeal.

Because the attorney who filed the motion to withdraw is no longer the attorney appointed to represent appellant and because the *Anders* brief was rejected by new counsel, previous counsel's Motion for Leave to Withdraw filed on November 17, 2014 is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion dismissed
Order issued and filed April 23, 2015

